FEBRUARY 28, 1955.

No. 230.   MITCHELL, SECRETARY OF LABOR,  v.  JOYCE
AGENCY, INC.   Certiorari, 348 U. S. 813, to the United
States Court of Appeals for the Seventh Circuit.   Argued
February 4, 7, 1955.   Decided February 28, 1955.   *Per
Curiam:* The judgment of the Court of Appeals is re-
versed.   *Kirschbaum Co.* v. *Walling,* 316 U. S. 517; *Wal-
ling* v. *Jacksonville Paper Co.,* 317 U. S. 564; *Phillips Co.*
v. *Walling,* 324 U. S. 490.   The judgment of the District
Court is affirmed, and the case is remanded to the District
Court.   The motion of the petitioner to make Goldblatt
Bros., Inc., a party in this Court is denied without prej-
udice to the right of the petitioner to renew said motion
in the District Court, or to take such other proceedings
for enforcement of the judgment as the petitioner may
deem advisable and proper in the circumstances.   See
*Walling* v. *Reuter, Inc.,* 321 U. S. 671.   *Bessie Margolin*

946

argued the cause for petitioner. With her on the brief were *Solicitor General Sobeloff*, *Sylvia S. Ellison* and *Harold S. Saxe*. *Stanford Clinton* argued the cause for respondent. With him on the brief was *Robert A. Sprecher.*